UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGHEN MAASCIO,<br><br>            Plaintiff,<br><br>   v.<br><br>FERRAGAMO USA INC.,<br><br>            Defendant. | Case No. 17-cv-06522-YGR<br><br>**ORDER TO SHOW CAUSE** |

Lead counsel for plaintiff in the above-entitled matter having failed to appear at the case management conference on February 12, 2018, and lead defense counsel having appeared at that proceeding in compliance with the Court's orders,

THE COURT hereby issues an **ORDER TO SHOW CAUSE** why plaintiff should not be ordered to reimburse defendant $500 for failure of lead counsel to appear at the case management conference. Plaintiff may file an explanation no later than **Friday, February 16, 2018**. A hearing on this order to show cause shall be held on **Monday, February 26, 2018,** on the 2:00 p.m. calendar, United States Courthouse, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: February 13, 2018

                                                                  _____
                                                                  YVONNE GONZALEZ ROGERS
                                                                  United States District Judge