# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEGHEN MAASCIO,**<br>Plaintiff**,**<br>vs.<br>**FERRAGAMO USA INC.,**<br>Defendant**.** | CASE NO. 17-cv-06522-YGR<br><br>**ORDER VACATING DATES AND SETTING HEARING ON ORDER TO SHOW CAUSE** |

The Court has learned that the above-captioned case has settled. (Dkt. No. 33.) In light of the settlement, all pending motion, case management, and trial dates are **VACATED**. As of the date of this order, the parties have not filed a notice of settlement, or any other document. Accordingly, the Court issues an **ORDER TO SHOW CAUSE** to be held on the Court's **9:01 a.m.** calendar on **Friday, August 17, 2018** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California as to why the case should not be dismissed effective Friday, August 17, 2018.

By no later than August 10, 2018, the parties may file a **STATEMENT**, otherwise the Court will dismiss the action.

**IT IS SO ORDERED.**

Dated: August 1, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**