| | |
|---|---|
| 1 | MICHAEL W. NELSON, Bar No. 287213 |
| | mwnelson@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | Treat Towers |
| 3 | 1255 Treat Boulevard, Suite 600 |
| | Walnut Creek, California 94597 |
| 4 | Telephone: 925.932.2468 |
| | Facsimile: 925.946.9809 |
| 5 | |
| 6 | Attorneys for Defendant |
| | FERRAGAMO USA, INC. |
| 7 | Daniel Feder, Bar No. 130867 |
| | Daniel@dfederalaw.com |
| 8 | LAW OFFICES OF DANIEL FEDER |
| | 332 Pine Street, Suite 700 |
| 9 | San Francisco, CA 94104 |
| | Telephone: (415) 391-9476 |
| 10 | Facsimile: (415) 391-9432 |
| 11 | Attorneys for Plaintiff |
| | SEGHEN MAASCIO |

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

8/6/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEGHEN MAASCIO,

        Plaintiff,

v.

FERRAGAMO USA, INC., and Does 1 through 25, inclusive.

        Defendant.

Case No. 17-CV-06522-YGR

**STIPULATION FOR DISMISSAL OF ENTIRE COMPLAINT WITH PREJUDICE**

Complaint Filed: November 9, 2017

STIPULATION FOR DISMISSAL OF ENTIRE COMPLAINT WITH PREJUDICE

CASE NO. 3:17-CV-05622-YGR

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

IT IS HEREBY STIPULATED by and between Plaintiff Seghen Maascio, and Defendant Ferragamo USA, Inc., by and through their respective attorneys of record, that the above referenced action, and all causes of action and all claims asserted therein, be, and are hereby, **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

IT IS SO STIPULATED.

Dated: August 2, 2018

*/S/ Michael W. Nelson*
MICHAEL W. NELSON
LITTLER MENDELSON, P.C.
Attorneys for Defendant
FERRAGAMO USA, INC.

Dated: August 2, 2018

*/S/ Daniel Feder*
DANIEL FEDER
LAW OFFICES OF DANIEL FEDER
Attorneys for Plaintiff
SEGHEN MAASCIO

Firmwide:156241528.1 089879.1003

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION FOR DISMISSAL OF ENTIRE COMPLAINT WITH PREJUDICE

CASE NO. 3:17-CV-05622-YGR